■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN GRIFFIN, Appellant.

Defendant forfeited his right to challenge the adverse *Sandoval* ruling by his plea of guilty (*People v Claudio,* 64 NY2d 858; *People v Zangrillo,* 105 AD2d 822; *People v Gilliam,* 65 AD2d 533). Were we to reach the merits of defendant's claim, we would affirm the trial court's ruling as proper and not an abuse of discretion (*see, People v Jackson,* 108 AD2d 757; *People v Sterling,* 95 AD2d 927; *People v Hicks,* 88 AD2d 519).

We have considered defendant's further contention that he was denied the effective assistance of counsel and conclude that the record does not support the claim (*see, People v Morris,* 100 AD2d 630, *affd* 64 NY2d 803; *People v Bonk,* 83 AD2d 695). Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.